IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OWENS D. KELLY,**<br><br>Plaintiff,<br><br>v.<br><br>**BOARD OF PAROLE HEARING, et al.,**<br><br>Defendants. | Case No. CV 18-2881-GW(PJWx)<br><br>**JUDGMENT** |

On April 6, 2018, Plaintiff Owens D. Kelly filed this action against Defendants California Department of Corrections and Rehabilitation, Board of Parole Hearing, and Attorney General. ECF No. 1. On May 11, 2018, Defendants California Department of Corrections and Rehabilitation (also erroneously sued as Board of Parole Hearing) and Xavier Becerra, Attorney General of California (erroneously sued as Attorney General), moved to dismiss the action. ECF No. 15. On August 13, 2018, this Court dismissed the action on the basis that Defendants were entitled to immunity under the Eleventh Amendment. ECF Nos. 20, 22.

///

///

1

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff shall recover nothing from Defendants; and
2. This action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 17, 2018

_____
GEORGE H. WU, U.S. District Judge

LA2018500973
53036360.docx